1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name   Fickes,  David   K.

3  　　　　(Last)　　　　　(First)　　　　　(Initial)

4  Prisoner Number   F-31353

5  Institutional Address   Pleasant Valley State Prison P.O. Box 8503
6  　　　　　　　　　　　　Coalinga, CA 93210

7  　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　NORTHERN DISTRICT OF CALIFORNIA
8
　　David K. Fickes
9  (Enter the full name of plaintiff in this action.)

10  　　　　vs.　　　　　　　　　　　　　　Case No. _____
　　County of Santa Clara　　　　　　　　(To be provided by the Clerk of Court)
11
　　Capt. Toby K. Wong,　　　　　　　　**COMPLAINT UNDER THE
12　　　　　　　　　　　　　　　　　　　CIVIL RIGHTS ACT,
　　Edward C. Forbes,　　　　　　　　　Title 42 U.S.C § 1983**
13
　　Does 1-7
14
(Enter the full name of the defendant(s) in this action)
15
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(PR)**

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.　Exhaustion of Administrative Remedies.

18  　[**Note:** You must exhaust your administrative remedies before your claim can go

19  　forward. The court will dismiss any unexhausted claims.]

20  　A.　Place of present confinement   Pleasant Valley State Prison

21  　B.　Is there a grievance procedure in this institution?

22  　　　　YES (X)　　NO ( )

23  　C.　Did you present the facts in your complaint for review through the grievance

24  　　　procedure?

25  　　　　YES ( )　　NO (X)

26  　D.　If your answer is YES, list the appeal number and the date and result of the

27  　　　appeal at each level of review. If you did not pursue a certain level of appeal,

28  　　　explain why.

COMPLAINT　　　　　　　- 1 -

1 |     1. Informal appeal _____
2
3 | _____
4 |     2. First formal level_____
5
6 | _____
7 |     3. Second formal level_____
8
9
10 |     4. Third formal level _____
11
12

13     E.    Is the last level to which you appealed the highest level of appeal available to
14         you?
15         YES (✓)     NO ( )
16     F.    If you did not present your claim for review through the grievance procedure,
17 explain why. Complaint is based on events at Santa Clara County jail[1]
18 Administrative grievance was filed and never answered. Claim against
19 county for damages was filed and denied.

20 II.    Parties.
21     A.    Write your name and your present address. Do the same for additional plaintiffs,
22         if any.
23 David K. Fickes, F-31353  PVSP C5-115U, P.O. Box 8503
24 Coalinga, CA 93210
25
26     B.    Write the full name of each defendant, his or her official position, and his or her
27         place of employment.
28 County of Santa Clara, Clerk of Board of Supervisors, 70 W. Hedding
Street, East Wing - 10th floor, San Jose, CA 95110

COMPLAINT                - 2 -

place of employment.

Edward C. Flores, Chief of Correction, County of Santa Clara, 180 W. Hedding St. San Jose, CA 95110

Capt. Toby K. Wong, Main Jail Commander, 180 W. Hedding St. San Jose, CA 95110

Does 1-7, Santa Clara Dept. of Correction, 180 W. Hedding St. San Jose, CA 95110

III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On May 6, 2006, Defendant Doe 1 knowingly placed a violent and unstable inmate into a multi-person jail dorm. This violent individual had already assaulted another inmate that day. As a result, staff requested "single cell housing in a special management unit." Doe 1, a classification officer wrote on the same report, "unwarrant (sic) aggressive behavior" and was fully aware of the threat to others. Doe 1 deliberately ignored the threat and placeda violent inmate into plaintiff's housing unit. Doe 1 also failed to follow jail procedures in making the placement. Less than one hour later, plaintiff was assaulted and sustained serious permanent injuries including a shattered orbital eye socket.

Defendants County of Santa Clara, Flores, Wong and others are responsible for the safety of inmates in their custody. Injuries to plaintiff are a direct result of their failure to adequately manage, supervise and ensure compliance with their own policies as well as deliberate indifference to the dangers posed by the operating customs used at the jail.

IV.  Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

1. Appointment of Counsel

COMPLAINT                        - 3 -

2. Compensatory damages for pain and suffering as well as for future medical needs.

3. Punitive damages and damages for emotional distress.

4. Reasonable attorney fees and / or costs of suit.

5. Further relief as the court deems proper.

6. Trial by Jury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __25th__ day of __April__, 20__08__

_____ 4/25/08
(Plaintiff's signature)

COMPLAINT                                          - 4 -

D. Fickes  F-31353
PVSP C5-115U
PO Box 8503
Coalinga, CA 93210

Legal
Mail

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

THIS MAIL GENERATED FROM
PLEASANT VALLEY STATE PRISON

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES