1  David Fickes   F-31353
2  PVSP   C5-115U
   P.O. Box 8503
3  Coalinga, CA   93210

4

5

6

7

8                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
9
   David K. Fickes
10                                       CV   08        2418

11                Plaintiff,        )    CASE NO. _____
                                    )
12   vs.                            )    PRISONER'S
                                    )    APPLICATION TO PROCEED TEH
13   County of Santa Clara          )    IN FORMA PAUPERIS
     Capt. Toby K. Wong,            )
14   Edward C. Forbes, Defendant.   )
     Does 1-7.                      )                        (PR)
15

16   I, David K. Fickes        , declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct.  I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security.  I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22        In support of this application, I provide the following information:

23   1.     Are you presently employed?  Yes ____  No  X

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: _____  Net: _____

27   Employer: _____

28   _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received. (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  ___ADVICE PRESS, PALO ALTO CA   -   $4,000/month   (2001)___

5  _____

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9          a.      Business, Profession or              Yes ____ No _X_

10                 self employment

11         b.      Income from stocks, bonds,           Yes ____ No _X_

12                 or royalties?

13         c.      Rent payments?                       Yes ____ No _X_

14         d.      Pensions, annuities, or              Yes ____ No _X_

15                 life insurance payments?

16         e.      Federal or State welfare payments,   Yes ____ No _X_

17                 Social Security or other govern-

18                 ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                            Yes ____ No _X_

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2          support and indicate how much you contribute toward their support. (NOTE:

3          For minor children, list only their initials and ages. DO NOT INCLUDE

4          THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?    Yes ___ No __X__

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?    Yes ___ No __X__

10   Make _____ Year _____ Model _____ .

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account?   Yes ____ No ____ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash? Yes ___ No __X__ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ___ No __X__

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ _____Ø_____ Utilities: _____Ø_____

23   Food: $ _____Ø_____ Clothing: _____Ø_____

24   Charge Accounts:

25   Name of Account          Monthly Payment                  Total Owed on This Acct.

26   ____none____      $ _____      $ _____

27   _____  $ _____      $ _____

28   _____  $ _____      $ _____9.   Do

1  you have any other debts?  (List current obligations, indicating amounts and to whom they are

2  payable.  Do not include account numbers.)

3  _____

4  _____

5  10.       Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ____  No  X

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10  _____

11       I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13       I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _26 April 2008_          _D./f.L_

17         DATE                    SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28