David Fickes F-31353
PVSP  C5-145U
P.O. Box 8503
Coalinga, CA 93210

Case Number: _CV08 2418_ TEH

1
2
3
4
5
6
7

8                    CERTIFICATE OF FUNDS

9                              IN

10               PRISONER'S ACCOUNT

11

12        I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of _David Fickles   F31353_ for the last six months

14   at

15        David K. Fickes  (F-31353)   [prisoner name]

16   _Pleasant Valley State Prison_ where (s)he is confined.

17        [name of institution]

18        I further certify that the average deposits each month to this prisoner's account for the

19   most recent 6-month period were $_____ and the average balance in the prisoner's

20   account each month for the most recent 6-month period was $_____.

21

22   Dated: 5 16 08

23                              [Authorized officer of the institution]

24
25
26
27
28

- 5 -

REPORT ID: TS3030 .701

CALIFORNIA DEPARTMENT OF CORRECTIONS
PLEASANT VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

REPORT DATE: 05/16/08
PAGE NO: 1

FOR THE PERIOD: NOV. 16, 2007 THRU MAY 16, 2008

ACCOUNT NUMBER : F31353                      BED/CELL NUMBER: CFB5T10000000115U
ACCOUNT NAME   : FICKES, DAVID KERSHAW       ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED | CURRENT AVAILABLE BALANCE |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE
5/16/08