RECEIVED

JUL 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Fickes F-31353
PVSP C5-115ll
P.ll. Box 8503
Coalinga, llA 93210

July 14, 2008

Dear Mr. Wiekingll

In reference to case file CV 08 2418, ll received your notice regarding the missing "Certificate of Funds in Prisoner's Account" and copy of my prison trust accountll These two items were requested from the prison administration before I filed and their complete response was sent to you soon after I received your notice.

Because of their procedure, I simply took their response and sealed in an envelope to you under their supervision and gave it to them for mailingll I do not have a copy.

It has been over a month and I have not heard from you. I am concerned that the mail was not sent or otherwise misdirected. I also realize it may be possible that my application has not been acted upon.

Could you please check the status for me?

Best Regards,

David Fickes

FILED

JUL 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA