FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

885 N. San Pedro
San Jose CA 95110

27 July 2008

Re: Change of Address (Temporary)
CV 08 2418 TEH

RECEIVED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Please note that I have been temporarily moved to the Santa Clara County Jail at the address above.

I have not received any response to my prior inquiry regarding the completion of my In Forma Pauperis application sent from Pleasant Valley State Prison several weeks ago.

I expect to remain at this address until September 10, 2008.

Thank you,